UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 05-30020-MAP |

## NOTICE OF APPEARANCE

NOW COMES, Segal, Roitman, and Coleman by Mary T. Sullivan, Esq. and herewith enters its appearance as counsel for the Defendants, Paper, Allied-Industrial, Chemical & Energy Workers International Union ("PACE") Local 10001 and PACE International Union, in the above matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　/s/ Mary T. Sullivan
　　　　　　　　　　　　　　　　　　Mary T. Sullivan, BBO #487130
　　　　　　　　　　　　　　　　　　SEGAL, ROITMAN, AND COLEMAN
　　　　　　　　　　　　　　　　　　11 Beacon Street, Suite 500
　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　(617) 742-0208
　　　　　　　　　　　　　　　　　　msullivan@segalroitman.com

Dated:  February 22, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was served upon John D. Connor, Esq., Law Offices of Moriarty & Connor, LLC, 101 State Street, Suite 501, Springfield, MA 01103, and Jay M. Presser, Skoler, Abbott & Presser, P.C., One Monarch Place, Springfield, MA 01144 by first-class mail, postage prepaid, and filed electronically on February 22nd, 2005.

                                       /s/ Mary T. Sullivan
                                       Mary T. Sullivan