UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, <br><br>    Plaintiffs, <br><br> vs. <br><br> MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, <br><br>    Defendants. | C.A. NO. 05-30020-MAP |

## NOTICE OF APPEARANCE

NOW COMES, Segal, Roitman, and Coleman by Shelley B. Kroll, Esq. and herewith enters its appearance as counsel for the Defendants, Paper, Allied-Industrial, Chemical & Energy Workers International Union ("PACE") Local 10001 and PACE International Union, in the above matter.

Respectfully Submitted,

/s/ Shelley B. Kroll
Shelley B. Kroll, BBO #544449
SEGAL, ROITMAN, AND COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208
skroll@segalroitman.com

Dated:  February 22, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing Notice of Appearance was served upon John D. Connor, Esq., Law Offices of Moriarty & Connor, LLC, 101 State Street, Suite 501, Springfield, MA 01103, and Jay M. Presser, Skoler, Abbott & Presser, P.C., One Monarch Place, Springfield, MA 01144 by first-class mail, postage prepaid, and filed electronically on February 22nd, 2005.

      /s/ Shelley B. Kroll
      Shelley B. Kroll