UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, <br><br> Plaintiffs, <br><br> vs. <br><br> MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, <br><br> Defendants. | C.A. NO. 05-30020-MAP |

### DEFENDANT PACE INTERNATIONAL UNION AND PACE LOCAL 10001'S ASSENTED TO MOTION FOR EXTENSION OF TIME IN WHICH ALL DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD AND RULE 7.1 CERTIFICATION

Defendants, Paper, Allied-Industrial, Chemical & Energy Workers International Union Local 10001 ("Local 1001") and PACE International Union ("PACE") move this honorable court for an extension of time for all defendants to answer or otherwise plead until April 7, 2005.

As grounds therefore, PACE and Local 1001 state that service was sent on January 25, 2005, and was mailed to Attorney Paul Brousseau, who represented PACE and Local 10001 in proceedings before the Massachusetts Commission Against Discrimination. PACE and Local 1001 retained Segal Roitman & Coleman to represent them in this action, and undersigned counsel accepted service on February 22, 2005. The

original sixty day period in which to respond expires on or about March 25, 2005. Mead Westvaco Corporation also joins in this Motion.

All counsel to all parties have conferred and have agreed that all defendants may answer or otherwise plead on or before April 7, 2005.

Respectfully Submitted,

/s/ Mary T. Sullivan
Mary T. Sullivan, BBO #487130
SEGAL, ROITMAN, AND COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208
msullivan@segalroitman.com

Dated: March 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Assented to Motion for Extension of Time in Which to Answer or Otherwise Plead upon John D. Connor, Esq., Law Offices of Moriarty & Connor, LLC, 101 State Street, Suite 501, Springfield, MA 01103, and Jay M. Presser, Skoler, Abbott & Presser, P.C., One Monarch Place, Springfield, MA 01144 by first-class mail, postage prepaid, and filed electronically on March 25, 2005.

/s/ Mary T. Sullivan
Mary T. Sullivan