UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, <br><br> Plaintiffs, <br><br> vs. <br><br> MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, <br><br> Defendants. | C.A. NO. 05-30020-MAP |

**JOINT MOTION FOR EXTENSION OF TIME IN TO FILE AMENDED COMPLAINT OR OTHERWISE PLEAD AND RULE 7.1 CERTIFICATION**

Plaintiffs Carvalhlo, Gittles, Pietrucci, LaFleche and Vieu and Defendants, Mead Westvaco Corporation, Paper, Allied-Industrial, Chemical & Energy Workers International Union Local 10001 ("Local 1001") and PACE International Union ("PACE") move this honorable court for an extension of time for Plaintiffs to file an Amended Complaint or, in the alternative for all defendants to answer or otherwise plead, until April 28, 2005.

As grounds therefore, Plaintiffs and Defendants state that they have engaged in discussions designed to narrow and focus the issues in the case, that additional time is required to determine if partial resolution of the Plaintiffs' claims against the Local and International is possible, and to permit Plaintiffs to file an Amended Complaint. If

Amended Complaint is filed, the Defendants request twenty (20) days in which to answer the Amended Complaint as permitted by the Federal Rules of Civil Procedure.

All counsel to all parties have conferred and have consented to this Motion.

Respectfully Submitted,

/s/ John D. Connor_____
John Connor  BBO #629185
LAW OFFICES OF MORIARITY AND CONNOR
101 State Street, Suite 501,
Springfield, MA  01103
413 827 0777
johnconnor@moriarty-connor.com

/s/ Mary T. Sullivan_____
Mary T. Sullivan, BBO #487130
SEGAL, ROITMAN, AND COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208
msullivan@segalroitman.com

_____
/s/Jay M. Presser  BBO #405760
SKOLER ABBOTT & PRESSER
One Monarch Place
Springfield, MA 01144
jpresser@skoler-abbott.com

Dated:  April 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Joint Motion for Extension of Time in Which to Amend Answer or Otherwise Plead upon John D. Connor, LAW OFFICES OF MORIARTY & CONNOR, LLC , 101 State Street, Suite 501, Springfield, MA  01103,and Jay M. Presser, Skoler, Abbott & Presser, P.C., One Monarch Place, Springfield, MA 01144 by first-class mail, postage prepaid, and filed electronically on April 7, 2005.

/s/ Mary T. Sullivan_____
Mary T. Sullivan