UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>    Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>    Defendants. | CIVIL ACTION NO. 05-30020-MAP<br><br>**MEADWESTVACO CORPORATION'S MOTION TO DISMISS COUNT II** |

  NOW COMES Defendant, MeadWestvaco Corporation, and, pursuant to Rule 12 of the Federal Rules of Civil Procedure, moves for dismissal of Count II of the instant complaint.

  The reasons in support of this Motion are fully set forth in the accompanying memorandum. Briefly, the motion seeks dismissal of a state law claim under M.G.L. Ch. 151B since that statute does not, and indeed constitutionally cannot, regulate foreign employers in the operation of their facilities outside the borders of the Commonwealth of Massachusetts. Secondly, the claim is preempted by federal labor law.

<u>Rule 7.1 Certification</u>

  I Jay M. Presser, represent that I have conferred with counsel for Plaintiffs in an effort to narrow or resolve the dispute addressed by this motion.

                        Respectfully Submitted,

                          /s/ Jay M. Presser
                        Jay M. Presser, Esq.
                        BBO #405760
                        Counsel for MeadWestvaco Corporation
                        Skoler, Abbott & Presser, P.C.
                        One Monarch Place, Suite 2000
                        Springfield, Massachusetts  01144
Dated:   April 27, 2005          Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Motion to Dismiss Count II* was served upon the attorney of record for each other party by electronically filing with the court on April 27, 2005.

                          /s/ Jay M. Presser
                        Jay M. Presser, Esq.