UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, <br><br> Plaintiffs, <br><br> vs. <br><br> MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, <br><br> Defendants. | C.A. NO. 05-30020-MAP |

### MOTION TO APPROVE SETTLEMENT AGREEMENT, TO ENTER STIPULATION OF PARTIAL DISMISSAL, AND TO ALLOW MOTION TO AMEND COMPLAINT

Plaintiffs Carvalhlo, Gittles, Pietrucci, LaFleche and Vieu and Defendants, , Paper, Allied-Industrial, Chemical & Energy Workers International Union Local 10001 ("Local 1001") and PACE International Union ("PACE") move this honorable court to approve the Settlement Agreement submitted herewith, and to approve the dismissal of claims for damages against Local 1001 and PACE, and to allow the filing of an amended complaint in this matter.

A copy of the proposed Settlement Agreement is attached hereto as Exhibit A. The parties of executed the Settlement Agreement, and are holding signed copies in escrow pending allowance of this Motion. A proposed Stipulation of Partial Dismissal is

submitted herewith, together with a draft Order. Plaintiffs will file their Amended Complaint upon allowance of the Motion.

As grounds therefore, the parties state that they have reached a partial resolution of this matter that will permit the parities to streamline the issues before the court, to simplify discovery, and to reduce the complexity and number of legal issues presented.

### Rule 7.1 Certification

I, Mary T. Sullivan, represent that I have conferred with counsel to Mead Westvaco, and that Mead Westvaco has not yet taken a position with respect to this Motion.

Respectfully Submitted,

/s/ John D. Connor\
John Connor  BBO #629185\
LAW OFFICES OF MORIARITY AND CONNOR\
101 State Street, Suite 501,\
Springfield, MA  01103\
413 827 0777\
johnconnor@moriarty-connor.com

/s/ Mary T. Sullivan\
Mary T. Sullivan, BBO #487130\
SEGAL, ROITMAN, AND COLEMAN\
11 Beacon Street, Suite 500\
Boston, MA  02108\
(617) 742-0208\
msullivan@segalroitman.com

Dated:  April 28, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Approve Settlement Agreement has been served upon John D. Connor, LAW OFFICES OF MORIARTY & CONNOR, LLC, 101 State Street, Suite 501, Springfield, MA  01103, and Jay M. Presser, Skoler, Abbott & Presser, P.C., One Monarch Place, Springfield, MA  01144 by first-class mail, postage prepaid, and filed electronically on April 28, 2005.

/s/ Mary T. Sullivan\
Mary T. Sullivan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| vs. | ) ) | C.A. NO. 05-30020-MAP |
| MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, | ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## SETTLEMENT AGREEMENT

Plaintiffs Carvalhlo, Gittles, Pietrucci, LaFleche and Vieu and Defendants, Mead Westvaco Corporation, Paper, Allied-Industrial, Chemical & Energy Workers International Union Local 10001 ("Local 1001") and PACE International Union ("PACE") agree to the following disposition of the Plaintiff's claims against Local 1001 and PACE, and to the following procedures for the conduct of the balance of the case.

1. PACE and Local 1001 agree, consistent with their duty of fair representation to Plaintiffs, and in consideration for the agreement set forth in Paragraphs 2-5 below, to cooperate fully with Plaintiffs in providing information concerning the subject matter of this lawsuit without the necessity of formal discovery. Plaintiffs agree that they will notify council to PACE and Local 1001 if they intend to

inquire regarding any matter pertaining to this suit, and that counsel will be present for any conversation between Plaintiffs and/or their counsel and any officer or agent of PACE and Local 1001. Nothing in this agreement relieves PACE and Local 1001 from otherwise complying with discovery obligations in this matter.

2. Plaintiffs agree to dismiss with prejudice all claims for damages and/or attorneys fees against PACE and Local 1001.

3. Plaintiffs will move to amend their complaint to delete the claims for damages and attorneys fees against PACE and Local 1001. PACE and Local 1001 will remain nominal defendants for purposes of notice, discovery, and for any injunctive relief Plaintiffs may seek. PACE and Local 1001 will not oppose the Motion to Amend, but reserve the right to oppose a request for injunctive relief.

4. Any dispute between the parties concerning the interpretation, application of or compliance with this Agreement will be submitted to the Court by way of Motion to Enforce the Settlement Agreement.

5. This Settlement Agreement will be submitted to the Court for review and approval. Upon approval by the Court, the Stipulation of Partial Dismissal attached hereto as Exhibit A, and the Motion to Amend and Amended Complaint attached hereto will be filed with the Court.

Each party signing below has had the opportunity to consult with counsel before signing this agreement.

This document may be signed in counterparts. A facsimile signature will be treated as if it were an original.

| | |
|---|---|
| _____ | _____ |
| Annabella Carvahlo | Anthony Gittles |
| Date: | Date: |
| | |
| _____ | _____ |
| Lawrence Pietrucci | Richard LaFleche |
| Date: | Date: |
| | |
| _____ | |
| Robert Vieu | |
| Date: | |
| | |
| PACE International Union | PACE Local 1001 |
| _____ | _____ |
| By: | By: |
| Date: | Date: |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

_____
                                                                         )
ANABELA CARVALHO, ANTHONY                )
GITTLES, LAWRENCE PIETRUCCI,                )
RICHARD LaFLECHE, and ROBERT             )
VIEU,                                                                  )
                                                                         )
            Plaintiffs,                                              )
                                                                         )
vs.                                                                     )   C.A. NO. 05-30020-MAP
                                                                         )
MEADWESTVACO CORPORATION and    )
UNION, PAPER, ALLIED-INDUSTRIAL,        )
CHEMICAL & ENERGY WORKERS               )
INTERNATIONAL UNION, LOCAL 10001    )
AND ITS INTERNATIONAL,                          )
                                                                         )
            Defendants.                                         )
_____)

**ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT, TO ENTER STIPULATION OF PARTIAL DISMISSAL, AND TO ALLOW MOTION TOAMEND COMPLAINT**

This matter having come before the Court on Plaintiff and Defendant Unions' Motion to Approve Settlement Agreement, for Stipulation of Partial Dismissal and for Plaintiff's Motion to Amend Complaint, the Court rules as follows:

1. The Motion for Approval of Settlement Agreement is ALLOWED;

2. The Stipulation of Partial Dismissal is APPROVED; and,

3. The Motion to Amend is ALLOWED.

SO ORDERED

                                                                        _____
                                                                        Michael A. Ponsor, D.J.

Date: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>        Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 05-30020-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF PARTIAL DISMISSAL**

Plaintiffs Carvalhlo, Gittles, Pietrucci, LaFleche and Vieu and Defendants, , Paper, Allied-Industrial, Chemical & Energy Workers International Union Local 10001 ("Local 1001") and PACE International Union ("PACE") stipulate and agree pursuant to Rule 41(a)(1), Fed.R.Civ.P. to dismiss all claims for damages and attorneys fees against PACE and Local 1001.  PACE and Local 1001 will remain parties to the action solely for purposes of injunctive relief.

## Rule 7.1 Certification

I, Mary T. Sullivan, represent that I have conferred with counsel to Mead Westvaco, and that Mead Westvaco has not yet taken a position with respect to this Stipulation. Plaintiffs assert and the Union Defendants assert that assent is not required, because no responsive pleading has been filed.

Respectfully Submitted,

/s/ John D. Connor_____
John Connor  BBO #629185
LAW OFFICES OF MORIARITY AND CONNOR
101 State Street, Suite 501,
Springfield, MA  01103
413 827 0777
johnconnor@moriarty-connor.com

/s/ Mary T. Sullivan_____
Mary T. Sullivan, BBO #487130
SEGAL, ROITMAN, AND COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208
msullivan@segalroitman.com

Dated:  April 28, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Stipulation of Dismissal has been served upon John D. Connor, LAW OFFICES OF MORIARTY & CONNOR, LLC  , 101 State Street, Suite 501, Springfield, MA  01103,and Jay M. Presser, Skoler, Abbott & Presser, P.C., One Monarch Place, Springfield, MA 01144 by first-class mail, postage prepaid, and filed electronically on April 28, 2005.

/s/ Mary T. Sullivan_____
Mary T. Sullivan