UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

ANABELA CARVALHO, ANTHONY )
GITTLES, LAWRENCE PIETRUCCI, )
RICHARD LaFLECHE, and ROBERT )
VIEU, )
)
    Plaintiffs, )
)
vs. )    C.A. NO. 05-30020-MAP
)
MEADWESTVACO CORPORATION and )
UNION, PAPER, ALLIED-INDUSTRIAL, )
CHEMICAL & ENERGY WORKERS )
INTERNATIONAL UNION, LOCAL 10001 )
AND ITS INTERNATIONAL, )
)
    Defendants. )

### ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT, TO ENTER STIPULATION OF PARTIAL DISMISSAL, AND TO ALLOW MOTION TO AMEND COMPLAINT

This matter having come before the Court on Plaintiff and Defendant Unions' Motion to Approve Settlement Agreement, for Stipulation of Partial Dismissal and for Plaintiff's Motion to Amend Complaint, the Court rules as follows:

1. The Motion for Approval of Settlement Agreement is ALLOWED;

2. The Stipulation of Partial Dismissal is APPROVED; and,

3. The Motion to Amend is ALLOWED.

SO ORDERED

                                                              Michael A. Ponsor, D.J.

Date: 5-27-05