UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, | ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| vs. | ) ) | C.A. NO. 05-30020-MAP |
| MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, | ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## STIPULATION OF PARTIAL DISMISSAL

Plaintiffs Carvalhlo, Gittles, Pietrucci, LaFleche and Vieu and Defendants, , Paper, Allied-Industrial, Chemical & Energy Workers International Union Local 10001 ("Local 1001") and PACE International Union ("PACE") stipulate and agree pursuant to Rule 41(a)(1), Fed.R.Civ.P. to dismiss all claims for damages and attorneys fees against PACE and Local 1001.  PACE and Local 1001 will remain parties to the action solely for purposes of injunctive relief.

## Rule 7.1 Certification

I, Mary T. Sullivan, represent that I have conferred with counsel to Mead Westvaco, and that Mead Westvaco has not yet taken a position with respect to this Stipulation. Plaintiffs assert and the Union Defendants assert that assent is not required, because no responsive pleading has been filed.

Respectfully Submitted,

/s/ John D. Connor\
John Connor  BBO #629185\
LAW OFFICES OF MORIARITY AND CONNOR\
101 State Street, Suite 501,\
Springfield, MA  01103\
413 827 0777\
johnconnor@moriarty-connor.com

/s/ Mary T. Sullivan\
Mary T. Sullivan, BBO #487130\
SEGAL, ROITMAN, AND COLEMAN\
11 Beacon Street, Suite 500\
Boston, MA  02108\
(617) 742-0208\
msullivan@segalroitman.com

Dated:  April 28, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Stipulation of Dismissal has been served upon John D. Connor, LAW OFFICES OF MORIARTY & CONNOR, LLC , 101 State Street, Suite 501, Springfield, MA  01103, and Jay M. Presser, Skoler, Abbott & Presser, P.C., One Monarch Place, Springfield, MA 01144 by first-class mail, postage prepaid, and filed electronically on April 28, 2005.

/s/ Mary T. Sullivan\
Mary T. Sullivan