UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANABELA CARVALHO

CASE NO.  05-30020  MAP

V.

MEAD WESTVACO CORP.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been  set  for a HEARING ON MOTION TO DISMISS  on   JULY 11, 2005   at   3:00 P.M. before Michael A. Ponsor, U.S. D.J  In  Courtroom #   1   on the   5th   floor.

SARAH THORNTON
CLERK OF COURT

6/2/05

By: /s/ Elizabeth A. French
Deputy Clerk

Date

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                  [ntchrgcnf.]