UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>Defendants. | CIVIL ACTION NO. 05-30020-MAP |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant, MeadWestvaco Corporation, and pursuant to Local Rule 7.3, hereby files this statement indicating that no publicly held company owns 10% or more of the stock of the corporate Defendant other than Capital Research and Management Company which owns 11.54%

    Respectfully submitted,

      /s/ Jay M. Presser, Esq.
    Jay M. Presser, Esq.
    BBO No. 405760
    Counsel for Defendant
    Skoler, Abbott & Presser, P.C.
    One Monarch Place, Suite 2000
    Springfield, Massachusetts  01144

Dated: July 25, 2005     Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Corporate Disclosure Statement* was served upon the attorney of record for each other party via electronic filing on July 25, 2005.

                                          /s/ Jay M. Presser
                                          Jay M. Presser, Esq.