```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

ANABELA CARVALHO, ET AL,      )
        Plaintiffs     )
                            )
        v.                   )  CIVIL ACTION NO. 05-30020-MAP
                            )
MEADWESTVACO CORPORATION,     )
ET AL,                        )
        Defendants     )

### PRETRIAL SCHEDULING ORDER

August 29, 2005

PONSOR, D.J.

The court has now allowed the defendant's Motion to Dismiss Count II of the complaint. This scheduling order will govern pretrial proceedings on the plaintiffs' remaining claim. Based on counsel's representations, the court orders as follows:

    1. Automatic discovery will be exchanged on or before September 30, 2005.

    2. All interrogatories and requests for production will be served on or before October 31, 2005.

    3. All depositions will be completed and discovery will close on March 31, 2006.

    4. Counsel will appear again before this court for a final pretrial conference on April 4, 2006 at 3:00 p.m. At least five days prior to the conference counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note</u>: failure to file a final pretrial memo as ordered may result in default or dismissal. At this final pretrial conference the court will also take up the possibility of any motion for summary judgment.

    It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge