UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>    Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>    Defendants. | CIVIL ACTION NO. 05-30020-MAP<br><br>**NOTICE OF APPEARANCE** |

NOW COMES, Skoler, Abbott & Presser, P.C., by Kimberly A. Klimczuk, Esq., and herewith enters its appearance as counsel for the Defendant, MeadWestvaco Corporation, in the above matter.

Respectfully Submitted,

  /s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.
BBO #660973
Counsel for MeadWestvaco Corporation
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:   September 1, 2005         Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically, on September 1, 2005.

  /s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.