UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

ANABELA CARVALHO, ANTHONY
GITTLES, LAWRENCE PIETRUCCI,
RICHARD **LaFLECHE,** and ROBERT
VIEU,

               Plaintiffs,

**vs.**

MEADWESTVACO CORPORATION and
UNION, PAPER, ALLIED-INDUSTRIAL,
CHEMICAL & ENERGY WORKERS
INTERNATIONAL UNION, LOCAL **10001**
AND ITS INTERNATIONAL,

               Defendants,

CIVIL ACTION NO. **05-30020-MAP**

PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF LAWRENCE PIETRUCCI

The Parties to the above captioned matter hereby stipulate to the Dismissal of all claims
by the Plaintiff Lawrence Pietrucci with prejudice and without costs to any party to this action.

Respectfully Submitted,

| The Plaintiff,<br>Lawrence Pietrucci | The Defendant<br>MeadWestvaco Corporation | The Defendant<br>PACE, PACE 1-0001 |
|---|---|---|
| by:_____<br>John Connor, Esq<br>Moriarty and Connor, LLC<br>101 State Street, Suite 501<br>Springfield, MA 01103<br>BBO# 629185<br>Tel# 827-0777<br>Fax# 827-8867 | by:_____<br>Jay Presser, Esq.<br>Skoler, Abbott, & Presser, P.C.<br>One Monarch Place<br>Suite 2000<br>Springfield, MA, 01103<br>Tel# 737-4753<br>Fax# 787-1941 | by:_____<br>Mary Sullivan, Esq.<br>Segal, Roitman & Coleman<br>11 Beacon Street<br>Suite 500<br>Boston, MA 02108<br>(617) 742-0208<br>(617) 742-2187 |