UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>                    Defendants. | CIVIL ACTION NO. 05-30020-MAP<br><br><br>**JOINT MOTION TO EXTEND DISCOVERY, POSTPONE FINAL PRE-TRIAL, AND SCHEDULE STATUS CONFERENCE** |

NOW COMES the parties to jointly file this Motion to Extend Discovery, Postpone the Final Pre-Trial, And Request that the Court Schedule Status Conference. In support of said motion the parties state as follows:

1. Pursuant to the pending order, the parties were to complete discovery by March 31, 2006, file a final pre-trial memorandum by March 28, 2006, and appear for a Final Pre-Trial Conference on April 4, 2006.

2. The parties have engaged in discovery in good faith. Specifically, both Plaintiff and Defendant Company have served and substantially responded to interrogatories and document requests.  The parties have also taken five depositions and have a sixth deposition scheduled for March 28, 2006.

3. Unfortunately to date, Plaintiff's counsel has, been unable to obtain some relevant documents from his respective clients, including specifically, documents relating to interim earnings and, documents relating to applications for disability

1

benefits. At recent depositions it became clear that two of the Plaintiffs applied for, and were granted, Social Security Disability Benefits, which may be relevant to damages and/or liability.  It may be that relevant documents will have to be obtained from the Department of Social Security.  The Defendant has reserved its right to resume the depositions of Plaintiffs, if necessary, following receipt of the documents that have not yet been produced.

4.  At the present time it appears likely that Plaintiff and the Defendant Company will each file a Motion for Summary Judgment on all or some of the claims, and that the detailed information required in a pre-trial memorandum can better be ascertained after the court rules on the respective summary judgment motions.

Wherefore, the parties jointly respectfully request that the deadline for discovery be extended until May 31, 2006, that the court cancel the scheduled Final Pre-Trial Conference and Schedule a status conference at a time of its choosing. (If the court wishes to proceed with a status conference on April 4, 2006, at the time scheduled for the Final Pre-Trial, Defendant Union respectfully requests permission to attend by telephone.)

Respectfully Submitted,

For the Plaintiffs,

For Defendant Unions, Paper, Allied-Industrial, Chemical & Energy Workers International Union, Local 10001 And Its International,

__/s/John D. Connor_____

__/s/Mary Sullivan_____

John  D. Connor, Esquire
Law Offices of Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
Tel:  (413) 827-0777
Fax: (413) 827-8867

Mary Sullivan, Esq.
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108
Tel:  (617) 742-0208
Fax: (617) 742-2187

For Defendant MeadWestvaco,


  /s/ Jay M. Presser
Jay M. Presser, Esq.
BBO #405760
Counsel for MeadWestvaco Corporation
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated: March 23, 2006
Tel. (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that a true and accurate copy of the foregoing *Joint Motion to Extend Discovery, Postpone Final Pre-Trial, and Schedule Status Conference* was served upon the attorney of record for each other party by electronically filing with the court on March 24, 2006.

                                           /s/ Jay M. Presser
                                          Jay M. Presser, Esq.