# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

By Facsimile and First Class Mail

April 3, 2006

Elizabeth A. French
Courtroom Clerk
U.S. District Court
1550 Main Street
Springfield, MA  01103

Re: **Carvalho, et al. v. PACE, PACE Local 1-0001 and MeadWestvaco, Corp.,**
C.A. No. 05-30020-MAP

Dear Ms. French:

This is to confirm my request of Friday that I be permitted to participate by telephone in the pretrial conference scheduled for tomorrow at 3 P.M. The defendant unions, whom I represent, have been dismissed on all issues of liability and damages, and are joined for purposes of injunctive relief only.

Very truly yours,

Mary T. Sullivan

Encl.

cc: John Connor
    Jay Presser

mts/ns
mts/7336-05062/clerk2.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187