UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU, <br><br> Plaintiffs, <br><br> vs. <br><br> MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL, <br><br> Defendants. | C.A. NO. 05-30020-MAP |

## PRE-TRIAL MEMORANDUM

Paper, Allied-Industrial, Chemical & Energy Workers International Union Local 10001 ("Local 1001") and PACE International Union ("PACE") have entered into a stipulation with the Plaintiffs and approved by the Court which provided that PACE and Local 1001 remain parties to the action solely for purposes of injunctive relief. At present, the plaintiffs do not appear to request injunctive relief at this time.

To the extent that PACE and Local 1001 are required to file a Pre-Trial Statement, they join in the Joint Pre-Trial Statement filed by the Plaintiffs and Defendant Mead Westvaco. In the event that Plaintiffs seek injunctive relief, or raise issues on Motion for Summary Judgment that would impact the seniority clause of the relevant

collective bargaining agreement, PACE and Local 1001 will request to be heard at that time.

                                                  Respectfully Submitted,

                                                  /s/ Mary T. Sullivan
                                                  Mary T. Sullivan, BBO #487130
                                                  SEGAL, ROITMAN, AND COLEMAN
                                                  11 Beacon Street, Suite 500
                                                  Boston, MA  02108
                                                  (617) 742-0208
                                                  msullivan@segalroitman.com

Dated:  April 3, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing pretrial statement has been served on the attorneys for the parties of record by electronic filing with the court on April 3, 2006.

                                                  /s/ Mary T. Sullivan
                                                  Mary T. Sullivan