UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANABELA CARVALHO, ET AL,       )
       Plaintiffs    )
                          )
    v.    ) CIVIL ACTION NO. 05-30020-MAP
                          )
MEADWESTVACO CORPORATION,       )
ET AL,       )
       Defendants    )

### FURTHER SCHEDULING ORDER

April 6, 2006

PONSOR, D.J.

Counsel for all parties appeared before this court on April 4, 2006 for a final pretrial conference.[1] Based on counsel's representations, the court orders as follows:

1. All discovery will be completed by May 5, 2006.

2. Any motion for summary judgment will be filed by June 2, 2006.

3. Opposition to any motion for summary judgment will be filed by June 30, 2006.

4. Counsel will appear again before this court for argument on any pending motion for summary judgment on July 13, 2006 at 2:00 p.m.

It is So Ordered.

                                       /s/ Michael A. Ponsor
                                       MICHAEL A. PONSOR
                                       United States District Judge

---

[1] Counsel for co-defendant Local 10001 appeared by telephone.