UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>            Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>            Defendants. | CIVIL ACTION NO. 05-30020-MAP<br><br><br><br><br><br>**PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF ROBERT VIEU** |

The parties to the above-captioned matter hereby stipulate to the Dismissal of all claims by the Plaintiff Robert Vieu with prejudice and without costs to any party to this action.

Respectfully Submitted,

| The Plaintiff,<br>Robert Vieu | The Defendant,<br>MeadWestvaco Corporation | The Defendant,<br>PACE, PACE 1-001 |
|---|---|---|
| *[signature]*<br>John D. Connor, Esq.<br>Moriarty and Connor, LLC<br>101 State Street, Suite 501<br>Springfield, MA  01103<br>Tel.: (413) 827-0777<br>Fax: (413) 827-8867 | *[signature]*<br>Jay M. Presser, Esq.<br>Skoler, Abbott & Presser, P.C.<br>One Monarch Place, Suite 2000<br>Springfield, MA  01144<br>Tel.: (413) 737-4753<br>Fax: (413) 787-1941 | *[signature]*<br>Mary Sullivan, Esq.<br>Segal, Roitman & Coleman<br>11 Beacon Street<br>Suite 500<br>Boston, MA  02108<br>Tel.: (617) 742-0208<br>Fax: (617) 742-2187 |

Dated:  May 2, 2006