UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>                    Defendants. | CIVIL ACTION NO. 05-30020-MAP<br><br>**PLAINTIFFS' MOTION (assented to) TO EXTEND TIME FOR FILING MOTIONS FOR SUMMARY JUDGEMENT TO ALLOW FOR MEDIATION BEWTEEN THE PARTIES.** |

      NOW COME the Plaintiffs in the above captioned matter and hereby respectfully request that the time lines established by the Court in its order of April 5, 2006 be suspended for 60 days to allow for scheduling of mediation proceedings. The Parties are hopeful that such proceedings will result in resolution of the matter and will avoid the need for further litigation. The Defendants have assented to this Motion.

      Wherefore, the Plaintiff respectfully request that Motions for Summary Judgment be due August 1, 2006 and that Opposition Memorandum be due 30 days thereafter on August 31, 2006.

Respectfully Submitted,

For the Plaintiffs

__/s/John D. Connor_____
John D. Connor, Esquire
Law Offices of Moriarty and Connor, LLC
101 State Street, Suite 501
Springfield, MA 01103
Tel: (413) 827-0777
Fax: (413) 827-8867                          …..

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing *MOTION TO EXTEND TIME FOR FILING MOTIONS FOR SUMMARY JUDGEMENT TO ALLOW FOR MEDIATION BEWTEEN THE PARTIES* was served upon the attorney of record for each other party by electronically filing with the court on May 8, 2006.

                         __/s/ Jay M. Presser_____
                         Jay M. Presser, Esq.