UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>        Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>        Defendants. | CIVIL ACTION NO. 05-30020-MAP<br><br><br><br><br>**WRITTEN REPORT PER COURT ORDER** |

       This court, on May 16, 2006, having previously been informed that the parties had agreed to mediate the above-captioned matter, ordered that a written status report be filed with the court by July 17, 2006. The parties are pleased to report that the mediation has resulted in an agreement covering all remaining issues. Parties have prepared papers and are currently in the process of procuring the requisite signatures on the documents. It is anticipated that the parties will be able to file a Stipulation of Dismissal within thirty days.

                                                                        Respectfully Submitted,

                                                                        /s/ Jay M. Presser
                                                                      Jay M. Presser, Esq.
                                                                      BBO #405760
                                                                      Counsel for MeadWestvaco Corporation
                                                                      Skoler, Abbott & Presser, P.C.
                                                                      One Monarch Place, Suite 2000
                                                                      Springfield, Massachusetts  01144
Dated:   July 12, 2006                          Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Written Report Per Court Order* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on July 12, 2006.

                                                                       /s/ Jay M. Presser
                                                                      Jay M. Presser, Esq.