# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO. ET AL. ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| V. ) | Case No: 3:05-CV-30020-MAP |
| ) | |
| MEADWESTVACO CORPORATION, ET AL. ) | |
| ) | |
| *Defendant* ) | |

## SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the defendants on 6/12/06 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED July 13, 2006

**SARAH A. THORNTON**
CLERK

BY: /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk