UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANABELA CARVALHO, ANTHONY GITTLES, LAWRENCE PIETRUCCI, RICHARD LaFLECHE, and ROBERT VIEU,<br><br>Plaintiffs,<br><br>vs.<br><br>MEADWESTVACO CORPORATION and UNION, PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, LOCAL 10001 AND ITS INTERNATIONAL,<br><br>Defendants. | CIVIL ACTION NO. 05-30020-MAP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS FILED ON BEHALF OF ALL PLAINTIFFS AGAINST ALL DEFENDANTS** |

The parties to the above-captioned matter hereby stipulate to the Dismissal of all claims by all named Plaintiffs, with prejudice and without costs to any party to this action.

Respectfully Submitted,

| The Plaintiffs, | The Defendant, | The Defendants, |
|---|---|---|
| Anabela Carvalho | MeadWestvaco Corporation | PACE Local 10001 and |
| Anthony Gittles | | Its International |
| Richard LaFleche | | |
| | | |
| /s/ John D. Connor, Esq. | /s/ Jay M. Presser, Esq. | /s/ Mary Sullivan, Esq. |
| John D. Connor, Esq. | Jay M. Presser, Esq. | Mary Sullivan, Esq. |
| Moriarty and Connor, LLC | Skoler, Abbott & Presser, P.C. | Segal, Roitman & Coleman |
| 101 State Street, Suite 501 | One Monarch Place, Suite 2000 | 11 Beacon Street |
| Springfield, MA  01103 | Springfield, MA  01144 | Suite 500 |
| Tel.:  (413) 827-0777 | Tel.:  (413) 737-4753 | Boston, MA  02108 |
| Fax:  (413) 827-8867 | Fax:  (413) 787-1941 | Tel.:  (617) 742-0208 |
| | | Fax:  (617) 742-2187 |